UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKAY, <br>     Plaintiff, <br>     v. <br> R. ROSAS, et al., <br>     Defendants. | Case No. 24-cv-09479 NC (PR) <br><br> **ORDER OF TRANSFER** |

    Plaintiff, a state prisoner at the California Medical Facility ("CMF") in Solano County, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against prison staff at High Desert State Prison in Lassen County and a doctor at CMF. Dkt. No. 1. Because the acts complained of occurred in the counties of Lassen and Solano, which both lie within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the

Eastern District of California.

**IT IS SO ORDERED.**

DATED: January 14, 2025

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2024\09479Markay_transfer(ED)